UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Leonel Escamilla Guillen<br><br>DEFENDANT(S). | CASE NUMBER<br>CR11-01020<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>November 7</u>, <u>2011</u>, at <u>2:00</u>  ☐a.m. / ☒p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>RS-4</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _11-4-11_

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge